UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:12-238 |
| | ) | |
| CHRISTOPHER CEOLINSKI | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Donald F. Samuel,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Donald F. Samuel** be granted leave of absence for the following period: **November 24, 2014 through November 28, 2014.**

This 16th day of September, 2014.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia